## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Jonathan Mims                           CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 25-13096 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
19 Aug 2025, 15:08:17, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322