





910 HCSG EAST, LLC
HCSG EAST LLC
850 BEAR TAVERN RD, SUITE 306
EWING, NJ 08628



88J
KEARSLEY REHABILITATION AND NURSING CENTER

JONATHAN MIMS
2040 N LAMBERT ST
PHILADELPHIA, PA 19121-1412

910 HCSG EAST, LLC - KEARSLEY REHABILITATION AND NURSING CENTER (910)  Voucher #: 9260629 Sort Order: 3021

| Employee ID | Check Date | Soc-Sec-Num | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| JONATHAN MIMS - (L16552) | 07-03-2025 | xxx- | 06-15-2025 | 06-28-2025 | 0011717606 |

Federal Tax-Status SS Allowances Single    State Tax - Status S Allowances NONE

### CURRENT EARNINGS DETAIL

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 06-28-2025 | Regular Hours | 15.8000 | 39.50 | 624.10 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| MEDICARE | 9.05 | 84.82 |
| SOC SECURITY | 38.70 | 362.70 |
| PA INCOME TAX | 19.16 | 179.59 |
| PA SUI | 0.44 | 4.10 |
| PHILADELPHIA, PH | 23.40 | 219.39 |

Total(s): 39.50   624.10

| Type | DIRECT DEPOSIT Account | Amount |
|---|---|---|
| CHECKING | 60375 | 533.35 |

Net Pay: **$533.35**
Net Pay YTD: **$4,999.35**

Total: 533.35

Total(s): 90.75  850.60

### Y-T-D EARNINGS

| Description | Hours | Amount |
|---|---|---|
| Regular Hours | 364.25 | 5755.15 |
| Holiday | 6.00 | 94.80 |

PAID TIME OFF
Description    Balance

EMPLOYER CONTRIBUTIONS
Description   Amount   Y-T-D

Total: 370.25   $5,849.95      Total(s):

Quality Business Solutions, Inc.
HCSG East, LLC.
3220 Tillman Drive, Suite 300
Bensalem, PA 19020 1-800-363-4274

Build: RRT-6274    Query: HRP_CHECKS.MVQ Version: LegalNL_YTDhrs 18.04.180

---

910 HCSG EAST, LLC
HCSG EAST LLC
850 BEAR TAVERN RD, SUITE 306
EWING, NJ 08628

0011717606
07-03-2025

AMOUNT    ** VOID **

Pay: Non-negotiable



To The Order Of: JONATHAN MIMS
2040 N LAMBERT ST
PHILADELPHIA, PA 19121-1412

---

910 HCSG EAST, LLC
HCSG EAST LLC
850 BEAR TAVERN RD, SUITE 306
EWING, NJ 08628

B8J
KEARSLEY REHABILITATION AND NURSING CENTER

JONATHAN MIMS
2040 N LAMBERT ST
PHILADELPHIA, PA 19121-1412

910 HCSG EAST, LLC - KEARSLEY REHABILITATION AND NURSING CENTER (910)   Voucher #: 9289253 Sort Order: 3009

| Employee ID | Check Date | Soc-... | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| JONATHAN MIMS - (L16552) | 07-17-2025 | XXX | 06-29-2025 | 07-12-2025 | 0011747318 |

Federal Tax-Status SS Allowances Single                State Tax - Status S Allowances NONE

CURRENT EARNINGS DETAIL

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 07-12-2025 | Holiday | 15.8000 | 5.25 | 82.95 |
| 07-12-2025 | Holiday Wrk | 23.7000 | 5.25 | 124.43 |
| 07-12-2025 | Regular Hours | 15.8000 | 49.75 | 786.05 |

DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| MEDICARE | 14.41 | 99.23 |
| SOC SECURITY | 61.59 | 424.29 |
| PA INCOME TAX | 30.50 | 210.09 |
| PA SUI | 0.70 | 4.80 |
| PHILADELPHIA, PH | 37.25 | 256.64 |

Total(s):         60.25   993.43

| Type | DIRECT DEPOSIT Account | Amount |
|---|---|---|
| CHECKING | G0375 | 848.98 |

Net Pay
$848.98

Net Pay YTD
$5,848.33

Total:   848.98         Total(s):   144.45   995.05

Y-T-D EARNINGS

| Description | Hours | Amount |
|---|---|---|
| Regular Hours | 414.00 | 6541.20 |
| Holiday | 11.25 | 177.75 |
| Holiday Wrk | 5.25 | 124.43 |

PAID TIME OFF
Description        Balance

EMPLOYER CONTRIBUTIONS
Description   Amount   Y-T-D

Total:   430.50   $6,843.38       Total(s):

Quality Business Solutions, Inc.
HCSG East, LLC.
3220 Tillman Drive, Suite 300
Bensalem, PA 19020 1-800-363-4274

Build: RRT-6274                           Query: HRP_CHECKS.MVQ Version: LegalNL_YTDhrs 18.04.180



910 HCSG EAST, LLC                                           0011747318
HCSG EAST LLC                                                07-17-2025
850 BEAR TAVERN RD, SUITE 306
EWING, NJ 08628
                                            AMOUNT      ** VOID **
Pay: Non-negotiable

To The  JONATHAN MIMS
Order   2040 N LAMBERT ST
Of:     PHILADELPHIA, PA 19121-1412

Non-Negotiable

910 HCSG EAST, LLC
HCSG EAST LLC
850 BEAR TAVERN RD, SUITE 306
EWING, NJ 08628

B8J
KEARSLEY REHABILITATION AND NURSING CENTER        JONATHAN MIMS
                                                  2040 N LAMBERT ST
                                                  PHILADELPHIA, PA 19121-1412

```
910 HCSG EAST, LLC - KEARSLEY REHABILITATION AND NURSING CENTER (910)          Voucher #: 9337704 Sort Order: 3011
Employee ID              Check Date    Soc-S      Period Start   Period End   Check No
JONATHAN MIMS - (L16552)   07-31-2025   xxx        07-13-2025     07-26-2025   0011790654
Federal Tax-Status SS Allowances Single                           State Tax - Status S Allowances NONE

        CURRENT EARNINGS DETAIL                    DEDUCTIONS / TAXES
Date    Description   Rate   Hours   Amount    Description    Amount    Y-T-D
07-26-2025  Retro $   18.5000  1.00   18.50    MEDICARE       11.66    110.89
07-26-2025  Regular Hours 16.2000 48.50 785.70  SOC SECURITY   49.86    474.15
                                                PA INCOME TAX  24.69    234.78
                                                PA SUI          0.56      5.36
                                                PHILADELPHIA,PH 30.16   286.80

        Total(s):            49.50  804.20

Type   DIRECT DEPOSIT                 Net Pay
       Account            Amount
CHECKING    60375          687.27     $687.27
                                      Net Pay YTD
       Total:              687.27    $6,535.60     Total(s):   116.93   1,111.98

       Y-T-D EARNINGS              PAID TIME OFF          EMPLOYER CONTRIBUTIONS
Description   Hours  Amount  Description   Balance   Description    Amount   Y-T-D
Regular Hours  462.50  7326.90
Holiday         11.25   177.75
Holiday Wrk      5.25   124.43
Retro $          1.00    18.50

       Total:   480.00   $7,647.58                      Total(s):

Quality Business Solutions, Inc.
HCSG East, LLC.
3220 Tillman Drive, Suite 300
Bensalem, PA 19020 1-800-363-4274

Build: RRT-6274                        Query: HRP_CHECKS.MVQ Version: LegalNI_YTDhrs 18.04.180
```

```
   910 HCSG EAST, LLC                                                    0011790654
   HCSG EAST LLC                                                         07-31-2025
   850 BEAR TAVERN RD, SUITE 306
   EWING, NJ 08628                             AMOUNT        ** VOID **

   Pay: Non-negotiable

   To The JONATHAN MIMS
   Order 2040 N LAMBERT ST
   Of:   PHILADELPHIA, PA 19121-1412
```


Non-Negotiable

```
   910 HCSG EAST, LLC
   HCSG EAST LLC
   850 BEAR TAVERN RD, SUITE 306
   EWING, NJ 08628

B8J
KEARSLEY REHABILITATION AND NURSING CENTER    JONATHAN MIMS
                                              2040 N LAMBERT ST
                                              PHILADELPHIA, PA 19121-1412
```

910 HCSG EAST, LLC - KEARSLEY REHABILITATION AND NURSING CENTER (910)      Voucher #: 9360293 Sort Order: 3024

| Employee ID | Check Date | Soc-S | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| JONATHAN MIMS - (L16552) | 08-14-2025 | xxx | 07-27-2025 | 08-09-2025 | 0011812688 |

Federal Tax-Status SS Allowances Single                                State Tax - Status S  Allowances NONE

| CURRENT EARNINGS DETAIL | | | | DEDUCTIONS / TAXES | | |
|---|---|---|---|---|---|---|
| Date | Description | Rate  Hours  Amount | | Description | Amount | Y-T-D |
| 08-09-2025 | Regular Hours | 16.2000  47.25  765.45 | | MEDICARE | 11.10 | 121.99 |
| | | | | SOC SECURITY | 47.46 | 521.61 |
| | | | | PA INCOME TAX | 23.50 | 258.28 |
| | | | | PA SUI | 0.54 | 5.90 |
| | | | | PHILADELPHIA, PH | 28.63 | 315.43 |

| Total(s): | 47.25 | 765.45 |
|---|---|---|

| Type | DIRECT DEPOSIT Account | Amount | Net Pay |
|---|---|---|---|
| CHECKING | 60375 | 654.22 | $654.22 |
| | | | Net Pay YTD |
| Total: | | 654.22 | $7,189.82 |

| Total(s): | 111.23 | 1,223.21 |
|---|---|---|

| Y-T-D EARNINGS | | | PAID TIME OFF | | EMPLOYER CONTRIBUTIONS | | |
|---|---|---|---|---|---|---|---|
| Description | Hours | Amount | Description | Balance | Description | Amount | Y-T-D |
| Regular Hours | 509.75 | 8092.35 | | | | | |
| Holiday | 11.25 | 177.75 | | | | | |
| Holiday Wrk | 5.25 | 124.43 | | | | | |
| Retro $ | 1.00 | 18.50 | | | | | |

| Total: | 527.25 | $8,413.03 | | Total(s): |
|---|---|---|---|---|

Quality Business Solutions, Inc.
HCSG East, LLC.
3220 Tillman Drive, Suite 300
Bensalem, PA 19020 1-800-363-4274

Build: RRT-6274                                Query: HRP_CHECKS.MVQ Version: LegalNL_YTDhrs  18.04.180



910 HCSG EAST, LLC                                                      0011812688
HCSG EAST LLC                                                           08-14-2025
850 BEAR TAVERN RD, SUITE 306
EWING, NJ 08628
                                                    AMOUNT    ** VOID **

Pay: Non-negotiable

To The JONATHAN MIMS
Order 2040 N LAMBERT ST
Of:  PHILADELPHIA, PA 19121-1412



910 HCSG EAST, LLC
HCSG EAST LLC
850 BEAR TAVERN RD, SUITE 306
EWING, NJ 08628

B8J
KEARSLEY REHABILITATION AND NURSING CENTER        JONATHAN MIMS
                                                  2040 N LAMBERT ST
                                                  PHILADELPHIA, PA 19121-1412