**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:    JONATHAN MIMS | : CHAPTER 13 |
| | : |
| | : |
| DEBTOR | : BANKRUPTCY NO. 25-13096 |

**NOTICE OF RESCHEDULED CREDITORS MEETING AND**
**CERTIFICATE OF SERVICE**

Notice is hereby given that the above named debtor's Creditor's Meeting has been rescheduled to October 3, 2025 at 11:45 A.M. The Meeting will be held via zoom.

A copy of this Notice is being served on all creditors and the Chapter 13 Trustee.

Dated: 9/5/25                                BY:    /Zachary Perlick/
                                                    Zachary Perlick, Esquire
                                                    1420 Walnut Street, Suite 718
                                                    Philadelphia, PA  19102
                                                    (215) 569-2922

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
bkgroup@kmllawgroup.comCreditor

Via: X CM/ECF    ___1st Class Mail    ___Certified Mail    ___e-mail:_____ __ Other:

SCOTT F. WATERMAN
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Via: X CM/ECF    ___1st Class Mail    __Certified Mail    _____e-mail:_____ Other:

Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320

Philadelphia, PA 19107

Via: X CM/ECF    ___1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

**Jonathan Mims**
2040 N. Lambert Street
Philadelphia, PA 19121

Via: __CM/ECF  X_1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

All creditors listed below

Via: __CM/ECF  X_1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

**Cooper Hospital**
P.O. Box 6037
Bellmawr, NJ 08099

**Jefferson Capital Systems, LLC**
POB 7999
Saint Cloud, MN 56302-9617

**LVNV Funding, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Midfirst Bank**
999 NW Grand Blvd.
Oklahoma City, OK 73118

**MIDFIRST BANK**
999 NorthWest Grand Boulevard
Oklahoma City, OK 73118

**Portfolio Recovery Assoc., LLC**
PO Box 41067
Norfolk, VA 23541