UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Jonathan Mims | Bankruptcy No.25-13096-AMC |
| Debtor | |

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 13th day of November, 2025, by first class mail upon those listed below:

Jonathan Mims
2040 N. Lambert Street
Philadelphia, PA  19121

**Electronically via CM/ECF System Only:**

ZACHARY PERLICK ESQ
1420 WALNUT STREET
SUITE 718
PHILADELPHIA, PA  19102

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee