**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    Jonathan Mims         : Bankruptcy No. 25-13096
                                :
                                :
          DEBTOR                :    Chapter 13

### CERTIFICATION OF SERVICE

I, Zachary Perlick, Esquire, attorney for the Debtor in the above-captioned matter, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

· Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: 11/19/25          /Zachary Perlick/
                        Zachary Perlick, Esquire
                        1420 Walnut Street, Suite 718
                        Philadelphia, PA  19102
                        (215) 569-2922
                        zack@zacharyperlicklaw.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
610-322-5608
bkgroup@kmllawgroup.com
Creditor

Via: _CM/ECF ____1st Class Mail ____Certified Mail __X__e-mail:____ __ Other:

SCOTT F. WATERMAN
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Via: X CM/ECF ____1st Class Mail __Certified Mail _____e-mail:_____ Other:

Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

Via: X CM/ECF ____1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

Jonathan Mims
2040 N. Lambert Street
Philadelphia, PA 19121
Debtor

Via: ___CM/ECF _X_1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

All creditors on the attached list

Via: ___CM/ECF _X_1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

**Cooper Hospital**
P.O. Box 6037
Bellmawr, NJ 08099

(15035874)
(cr)

**Jefferson Capital Systems LLC**
PO Box 7999
St. Cloud MN 56302-9617

(15049635)
(cr)

**Jefferson Capital Systems, LLC**
POB 7999
Saint Cloud, MN 56302-9617

(15035875)
(cr)

**LVNV Funding, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(15035876)
(cr)

**MIDFIRST BANK**
999 NorthWest Grand Boulevard
Oklahoma City, OK 73118

(15042696)
(cr)

**Midfirst Bank**
999 NW Grand Blvd.
Oklahoma City, OK 73118

(15035877)
(cr)

**MIDFIRST BANK**
c/o MATTHEW K. FISSEL
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

(15041095)
(ntcapr)

**Portfolio Recovery Assoc., LLC**
PO Box 41067
Norfolk, VA 23541

(15035878)
(cr)